FILED

09 MAY -7 PM 1:09

1  ARTURO CHAIREZ

2  V-55603

3

4  UNITED STATES DISRICT COURT

5  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7  ARTURO CHAIREZ            )    Case No.
8       Petitioner,          )    C 07-5767 MM(PR)
9                            )
                             )
10          v.               )
                             )    MOTION FOR REQUEST
11                           )
                             )
12  ADAMS    WARDEN          )    FOR AN APPOINTED COUNSEL
                             )
13       Respondent.         )
                             )
14  _____ )

15

16     Petitioner respectfully request to This court an Appointed Counsel at
17  Public Expenses: see 18 U. S. C. § 330 (a)(b).  This request is based upon
18  the complex of Petitioner case. Dillon v. U. S. (1983) (307 F 2d 445 9 cir.)
19  Petitioner has no knowledge of the Legal systen.
20     Petitioner is also requesting that This Court grant this motion for
21  appointed counsel, so the counsel could prepare petitioner Traverse as
22  requested by This Court, as petitioner has no legal knowledge.
23     Petitioner has been requested to present a reason why he should be
24  granted the Appointed Counsel and to file a Traverse on why This Court
25  should grant Petitioner Habeas Corpus Petition.
26     Petitioner show of cause why he should be granted an Appointed
27  Counsel in this case as follows:
28     1. Petitioner is a citizen of Mexico.

-1-

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KINGS

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746)

I, __ARTURO CHAIREZ__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE _____ IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __01__ DAY OF __MAY__ 2008 AT CORCORAN, CALIFORNIA.

(SIGNATURE) _Arturo Chairez_ x
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I __GEORGE VALDEZ__ AM A RESIDENT OF STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE INTITLED ACTION. MY ADDRESS IS P.O. BOX 3471, CORCORAN, CA. 93212.

ON __MAY 01,__ 2008 IS SERVED THE FOREGOING.

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

ATTORNEY GENERAL
THE STATE OF CALIFORNIA
455 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __MAY 01,__ 200.8

_____
(DECLARANT/PRISONER)

