1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  DAVID H. ROSE, State Bar No. 112008
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5850
           Fax:  (415) 703-1234
8    Email:  David.Rose@doj.ca.gov

9  Attorneys for Respondent

10               IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

| | |
|---|---|
| **ARTURO CHAIREZ,** | C 07-5767 MMC (PR) |
| Petitioner, | |
| v. | |
| **M. ADAMS, Warden,** | |
| Respondent. | |

**NOTICE OF LODGING AND INDEX OF EXHIBITS**

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
DAVID H. ROSE, State Bar No. 112008
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5850
         Fax:  (415) 703-1234
 Email:  David.Rose@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ARTURO CHAIREZ,**<br><br>                              Petitioner,<br><br>   v.<br><br>**M. ADAMS, Warden,**<br><br>                              Respondent. | C 07-5767 MMC (PR)<br><br>**NOTICE OF LODGING AND INDEX OF EXHIBITS** |

   Respondent is lodging with the Court the following exhibits:

Exhibit A     Appellant's Opening Brief, Case No. H028026 filed in the California Court of Appeal

Exhibit B     Respondent's Brief, Case No. H028026 filed in the California Court of Appeal

Exhibit C     Opinion of the California Court of Appeal, Case No. H028026

Exhibit D     Petition for Review to Exhaust State Remedies, Case No. S140684 filed in the California Supreme Court

Notice of Lodging and Index of Exhibits - *Chairez v. Adams* - C 07-5767 MMC (PR)

1

1 | Exhibit E    Order of the California Supreme Court denying the Petition for Review, Case No. S140684

2

Dated: July 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ David H. Rose
DAVID H. ROSE
Deputy Attorney General

Attorneys for Respondent

DHR/gm
SF2008401293
20116426.wpd

Notice of Lodging and Index of Exhibits - *Chairez v. Adams* - C 07-5767 MMC (PR)

2