1  Arturo Chairez
2  CDC No. V-55603
3  C.S.P. 3C03-

FILED
08 AUG -5 AM 10: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Arturo Chairez
    Petitioner
    V.
M. Adams   Warden
    Respondent

Case No. 07-5767 MMC

Motion to Reconsider its Decision in Petitioner Writ of Habeas Corpus

Petitioner Arturo Chairez, Petitioner and prisoner at Corcoran State Prison and in pro se, filed a Habeas Corpus Writ untimely.

Petitioner request to this Court to reconsider its decision and grant Petitioner to file Petition.

Why Petitioner was untimely and the challenges he faces on filing his Writ of Habeas Corpus. Petitioner exposes the following reasons:

1.- Petitioner is a citizen of Mexico.
2.- Petitioner does not speak English.
3.- Petitioner does not read or write English.
4.- Petitioner does not have any knowledge

of the Legal System.

5.- Petitioner relied on his Attorney to file his Writ of Habeas Corpus.

6.- Petitioner will show to this Court that his Counsel failed to file Petitioners Writ of Habeas Corpus. (See Exhibit "A" in Motion for Extension of time July 16, 2007.)

7.- Petitioner didn't have the Clerks Transcripts, Reporter Transcripts, Open Brief or Petition Review.

8.- Without any Legal Documents, its impossible to file Petitioners Writ of Habeas Corpus and comply with the timetable.

9.- On August 2007, Petitioner relied on The Sixth District Appellant Program for assistance and requested the Reporters transcripts, Open Brief and Petition Review Brief in which those documents were sent to Petitioner by the Staff Attorney after due time had expired.

10.- Petitioner couln't understand the Docks sent by this Court. This is why Petitioner couldn't comply with the requisit of this Honorable Court.

Petitioner was never notified to explain his delay on his Writ of Habeas Corpus.

Petitioner requests to this Court to Reconsider its Decision and Grant Petitioner Relief in this Petition.

Varification

I Arturo Chairez, Declare under Penalty of Purjury that:
I am the Petitioner in the above entitled action. I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, exept as the matters stated therein upon information, and belief, and as to those matters, I believe them to be true.

Date 30/07/08        Arturo Chaivez
                     Declarant / Prisoner

# EXHIBIT A

Case 3:07-cv-05767-MMC   Document 11   Filed 08/05/2008   Page 4 of 7

LAW OFFICE OF
# ERIC S. MULTHAUP
A PROFESSIONAL CORPORATION

20 SUNNYSIDE AVE., SUITE A
MILL VALLEY, CA 94941
TELEPHONE: 415-821-6000
FAX: 415-389-0865
EMAIL: mullew@pacbell.net

CERTIFIED SPECIALIST,
APPELLATE LAW
BY THE STATE BAR OF CALIFORNIA
BOARD OF LEGAL SPECIALIZATION

August 7, 2006

Arturo Chairez
V-55603; 3C03-131U
California State Prison Corcoran
PO Box 3471
Corcoran, CA 93212

Re:   Habeas Corpus Proceedings

Dear Mr. Chairez:

I received your letter of July 30, 2006 and have the following suggestion. I will fill out the Federal Habeas Corpus form for you and send it to you to sign and send on to the Federal Court, along with an application for appointment of counsel. That will get the Federal Habeas Corpus proceedings going with the goal of obtaining a new trial for you.

Regarding the transcripts, I suggest that you send them to your family for safe keeping. If that is not practical, you can send them back to me, and I will store them. If the Federal Court does appoint a lawyer to assist you in the Federal Habeas Corpus proceeding, I will send the transcripts to that lawyer.

Sincerely,

Eric Multhaup



