IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTURO CHAIREZ,

No. CV-07-5767 MMC (PR)

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

  v.

M. ADAMS, Warden,

        Respondent.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the Court finds the instant petition for a writ of habeas corpus is untimely under 28 U.S.C. § 2244(d)(1), and hereby GRANTS respondent's motion to dismiss. Accordingly, the petition is hereby DISMISSED.

Dated: February 9, 2009                     Richard W. Wieking, Clerk

                                     *Tracy Lucero*

                              By: Tracy Lucero
                              Deputy Clerk